CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVA MARCHELLE HAIRSTON,<br>　　　Petitioner, | Civil Action No. 7:13-cv-00471 |
| v. | **FINAL ORDER** |
| BRUNSWICK WOMEN'S RECEPTION<br>AND PRE-RELEASE CENTER,<br>　　　Respondent. | By:  Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Hairston's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice**, Hairston's motion to proceed *in forma pauperis* (ECF No. 2) is **DISMISSED as moot**, and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Hairston has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

**ENTER**: This 24th day of October, 2013.

_____
United States District Judge